This PDF is Generated for Paystubs for below Selection Criteria

System: PRD

Run By: ROGERT10

Run Date: 07/06/2017

Run Time: 10:09:26

Report Name: EPAYST_ROGERT10_20170706100924

Date Range: 03/01/2017 To 07/01/2017

Both Hourly and Salaried employees are included

Terminated Employees are not included

| Personnel# | Personnel# | Personnel# | Personnel# | Personnel# | Personnel# | Personnel# | Personnel# |
|---|---|---|---|---|---|---|---|
| 01061740 | | | | | | | |

```
Name.......: MR TIMOTHY ROGERS              Exemptions: FED  00 Single    Cost Center: 25586
Personnel # :01061740                       Exemptions:                   Pay type...: Regular payroll
Pay area...: XC XC Bi-weekly                Exemptions:                   Pay period.: 02/10/2017 - 02/23/2017
Legal Entity:T001                           Exemptions:                   Payroll for: 05/2017
                                            Exemptions:                   Payroll in.: 05/2017
                                            Exemptions:

Check date   Check number    Chk amount  =    Gross    -    Taxes   -    DEDS
03/03/2017   <Not assigned>    1,609.91        2,242.12      511.45      120.76

GROSS        JOB CODE   RATE   HOURS         AMOUNT             YTD        PRE-TAX ITEMS                          AMOUNT          YTD
/BT1 LfeTxVal                                  0.33            6.47       3BC1 LTD Credit                          7.19-        41.26-
/552 RetroAdj                                 11.37                       5010 Medical Ins                        81.00-       127.00-
1049 Bns UMIP                                                             5011 Dental Ins                         13.04-        20.25-
7003 Reg Sal                               2,230.75        11,153.75      5012 Vision Ins                                        1.45-
Total Earnings                             2,242.12        15,529.85      5017 AD&D Insurance                      0.87-         2.65-
                                                                          5020 Supplemental Life Ins                             3.64-
                                                                          Tax Exempt Total                        102.10-       113.73-
TAXES
Federal       FED Federal                    AMOUNT             YTD
/401 TX Withholding Tax                      348.03         2,915.28      POST-TAX ITEMS                         AMOUNT           YTD
/403 TX EE Social Security Tax               132.44           953.64      2713 Meal Benefit                       15.00-        75.00-
/405 TX EE Medicare Tax                       30.98           223.03      5021 LTD Ins                             3.66-        18.30-
Total Taxes                                  511.45         4,091.95      Total After Tax Deduction               18.66-        93.30-

                                                                          BANK INFORMATION
                                                                          Bank Number         Account Number              Amount
                                                                          XXXXXXXXX           XXXXXXXX6142              1,609.91

                                                                          Vacation/Sick/Personal-Balances
                                                                          Wage Type Description                          Balance
                                                                          1614 Vacation DAYS Bal. - Slry                    2.50

Associate exclusive discounts are a click away - All you need is          Descuentos exclusivos por asociados son un
your personnel number found at the top of this paystub.                   clic de distancia - Todo lo que necesita es
Visit: www.compassgroup.perkspot.com and start saving!                    su número de personal que se encuentra en la
       <http://www.compassgroup.perkspot.com>                             parte superior de este comprobante de pago.
                                                                          Visita: www.compassgroup.perkspot.com y
                                                                          comience a ahorrar!
                                                                               <http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.                No llevar a cabo prácticas de negocios que
                                                                          sean éticamente cuestionables.

If you have any questions about the Code of Business                      Si tiene alguna pregunta sobre el Código de
Conduct speak to your manager or use "Speak Up" 866-654-6626.             ética empresarial hable con su superior o
                                                                          utilice el servicio "Speak Up" 866-654-6626.

                                                                          Compass One, LLC
                                                                          2400 Yorkmont Road
                                                                          Charlotte,NC 28217
                                                                          877-311-4747
```

```
Name......: MR TIMOTHY ROGERS              Exemptions: FED  00 Single          Cost Center: 25586
Personnel #:01061740                       Exemptions:                         Pay type...: Regular payroll
Pay area..: XC  XC Bi-weekly               Exemptions:                         Pay period.: 02/24/2017 - 03/09/2017
Legal Entity:T001                          Exemptions:                         Payroll for: 06/2017
                                           Exemptions:                         Payroll in.: 06/2017
                                           Exemptions:

Check date    Check number      Chk amount  =   Gross      -   Taxes    -   DEDS
03/17/2017    <Not assigned>      1,608.28      2,230.75       512.69       109.78

GROSS          JOB CODE   RATE   HOURS       AMOUNT           YTD          PRE-TAX ITEMS                      AMOUNT            YTD
/BT1 LfeTxVal                                  0.33          6.80          3BC1 LTD Credit                      3.79           45.05
1049 Bns UMIP                                                              5010 Medical Ins                    81.00-         208.00-
7003 Reg Sal                               2,230.75      4,350.00          5011 Dental Ins                     13.04-          33.29-
Total Earnings                             2,230.75     13,384.50          5012 Vision Ins                      0.87-           2.32-
                                                        17,760.60          5017 AD&D Insurance                                  2.65-
                                                                           5020 Supplemental Life Ins                           3.64-
TAXES                                        AMOUNT           YTD          Tax Exempt Total                    91.12-         204.85-
Federal    FED Federal
/401 TX Withholding Tax                      348.98      3,264.26          POST-TAX ITEMS                      AMOUNT            YTD
/403 TX EE Social Security Tax               132.68      1,086.32          2713 Meal Benefit                   15.00-          90.00-
/405 TX EE Medicare Tax                       31.03        254.06          5021 LTD Ins                         3.66-           21.96-
Total Taxes                                  512.69      4,604.64          Total After Tax Deduction           18.66-         111.96-

                                                                           BANK INFORMATION
                                                                           Bank Number          Account Number            Amount
                                                                           XXXXXXXXXX           XXXXXXXX6142             1,608.28

                                                                           Vacation/sick/Personal-Balances                         Balance
                                                                           Wage Type Description                                    4.17
                                                                           1614 Vacation DAYS Bal. - Slry
```

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.

If you have any questions about the Code of Business
Conduct speak to your manager or use "Speak Up" 866-654-6626.

Descuentos exclusivos por asociados son un
clic de distancia - Todo lo que necesita es
su número de personal que se encuentra en la
parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y
comience a ahorrar!
<http://www.compassgroup.perkspot.com>

No llevar a cabo prácticas de negocios que
sean éticamente cuestionables.

Si tiene alguna pregunta sobre el Código de
ética empresarial hable con su superior o
utilice el servicio "Speak Up" 866-654-6626.

Compass One, LLC
2400 Yorkmont Road
Charlotte,NC 28217
877-311-4747

```
Name......: MR TIMOTHY ROGERS                Exemptions: FED 00 Single    Cost Center: 25586
Personnel #:01061740                         Exemptions:                  Pay type..: Regular payroll
Pay area..: XC  XC Bi-weekly                 Exemptions:                  Pay period..: 03/10/2017 - 03/23/2017
Legal Entity:T001                            Exemptions:                  Payroll for..: 07/2017
                                             Exemptions:                  Payroll in..: 07/2017
                                             Exemptions:

Check date    Check number      Chk amount  =     Gross    -    Taxes    -    DEDS
03/31/2017    <Not assigned>      1,590.79       2,230.75      519.96        120.00

GROSS       JOB CODE    RATE    HOURS      AMOUNT         YTD           PRE-TAX ITEMS              AMOUNT          YTD
/BT1 LfeTxVal                              5.15           36.05         3BC1 LTD Credit            3.01-           48.06-
1049 Bns UMIP                                                           5010 Medical Ins           81.00-          289.00-
7003 Reg Sal                               2,230.75       15,615.25     5011 Dental Ins            13.04-          46.33-
Total Earnings                             2,230.75       19,991.35     5012 Vision Ins            0.87-           3.19-
                                                                        5017 AD&D Insurance        3.98-           6.63-
TAXES                                      AMOUNT         YTD           5020 Supplemental Life Ins 5.46-           9.10-
Federal       FED Federal                                               Tax Exempt Total           101.34-         306.19-
/401 TX Withholding Tax                    353.66         3,617.92
/403 TX EE Social Security Tax             134.78         1,221.10      POST-TAX ITEMS             AMOUNT          YTD
/405 TX EE Medicare Tax                    31.52          285.58        2713 Meal Benefit          15.00-          105.00-
Total Taxes                                519.96         5,124.60      5021 LTD Ins               3.66-           25.62-
                                                                        Total After Tax Deduction  18.66-          130.62-

                                                                        BANK INFORMATION     Account Number        Amount
                                                                        Bank Number          XXXXXXXX6142          1,590.79
                                                                        XXXXXXXXXX

                                                                        Vacation/Sick/Personal-Balances                   Balance
                                                                        Wage Type Description                             4.17
                                                                        1614 Vacation DAYS Bal. - Slry
```

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.

If you have any questions about the Code of Business
Conduct speak to your manager or use "Speak Up" 866-654-6626.

Descuentos exclusivos por asociados son un
clic de distancia - Todo lo que necesita es
su número de personal que se encuentra en la
parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y
comience a ahorrar!
<http://www.compassgroup.perkspot.com>

No llevar a cabo prácticas de negocios que
sean éticamente cuestionables.

Si tiene alguna pregunta sobre el Código de
ética empresarial hable con su superior o
utilice el servicio "Speak Up" 866-654-6626.

Compass One, LLC
2400 Yorkmont Road
Charlotte,NC 28217
877-311-4747

```
Name......: MR TIMOTHY ROGERS              Exemptions: FED  00 Single         Cost Center: 25586
Personnel #:01061740                       Exemptions:                        Pay type...: Regular payroll
Pay area...: XC  XC Bi-weekly              Exemptions:                        Pay period.: 03/24/2017 - 04/06/2017
Legal Entity:T001                          Exemptions:                        Payroll for: 08/2017
                                           Exemptions:                        Payroll in.: 08/2017
                                           Exemptions:

Check date   Check number   Chk amount  =   Gross   -   Taxes  -   DEDS
04/14/2017   <Not assigned>   1,600.27      2,230.75   511.13     119.35

GROSS        JOB CODE  RATE   HOURS       AMOUNT           YTD      PRE-TAX ITEMS                   AMOUNT        YTD
/BT1 LfeTxVal                                5.15         41.20     3BC1 LTD Credit                    3.66-     51.72-
1049 Bns UMIP                                             4,350.00  5010 Medical Ins                  81.00-    370.00-
7003 Reg Sal                              2,230.75       17,846.00  5011 Dental Ins                   13.04-     59.37-
Total Earnings                            2,230.75       22,222.10  5012 Vision Ins                    0.87-      4.06-
                                                                    5017 AD&D Insurance                3.98-     10.61-
TAXES                                       AMOUNT           YTD    5020 Supplemental Life Ins         5.46-     14.56-
Federal   FED Federal                                               Tax Exempt Total                 100.69-    406.88-
/401 TX Withholding Tax                     347.79       3,965.71
/403 TX EE Social Security Tax              132.38       1,353.48   POST-TAX ITEMS                  AMOUNT        YTD
/405 TX EE Medicare Tax                      30.96         316.54   2713 Meal Benefit                 15.00-    120.00-
Total Taxes                                 511.13       5,635.73   5021 LTD Ins                       3.66-     29.28-
                                                                    Total After Tax Deduction         18.66-    149.28-

                                                                    BANK INFORMATION
                                                                    Bank Number    Account Number          Amount
                                                                    XXXXXXXX       XXXXXXXX1882           1,600.27

                                                                    Vacation/Sick/Personal-Balances
                                                                      Wage Type Description              Balance
                                                                    1614 Vacation DAYS Bal. - Slry          5.00

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.               Descuentos exclusivos por asociados son un
Visit: www.compassgroup.perkspot.com and start saving!                clic de distancia - Todo lo que necesita es
       <http://www.compassgroup.perkspot.com>                         su número de personal que se encuentra en la
                                                                      parte superior de este comprobante de pago.
                                                                      Visita: www.compassgroup.perkspot.com y
                                                                      comience a ahorrar!
                                                                        <http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.            No llevar a cabo prácticas de negocios que
                                                                      sean éticamente cuestionables.

If you have any questions about the Code of Business                  Si tiene alguna pregunta sobre el código de
Conduct speak to your manager or use "Speak Up" 866-654-6626.         ética empresarial hable con su superior o
                                                                      utilice el servicio "Speak Up" 866-654-6626.

                                                                      Compass One, LLC
                                                                      2400 Yorkmont Road
                                                                      Charlotte,NC 28217
                                                                      877-311-4747
```

```
Name......: MR TIMOTHY ROGERS              Exemptions: FED  00 Single     Cost Center: 25586
Personnel #:01061740                       Exemptions:                    Pay type...: Regular payroll
Pay area...: XC  XC Bi-weekly              Exemptions:                    Pay period.: 04/07/2017 - 04/20/2017
Legal Entity:T001                          Exemptions:                    Payroll for: 09/2017
                                           Exemptions:                    Payroll in.: 09/2017
                                           Exemptions:

Check date    Check number    Chk amount =    Gross   -    Taxes    -    DEDS
04/28/2017    <Not assigned>    1,600.27      2,230.75     511.13        119.35

GROSS       JOB CODE    RATE    HOURS     AMOUNT            YTD           PRE-TAX ITEMS                        AMOUNT      YTD
/BT1 LfeTxVal                             5.15             46.35          3BC1 LTD Credit                      3.66       55.38
1049 Bns UMIP                                                             5010 Medical Ins                    81.00-     451.00-
7003 Reg Sal                              2,230.75      20,076.75         5011 Dental Ins                     13.04-      72.41-
Total Earnings                            2,230.75      24,452.85         5012 Vision Ins                      0.87-       4.93-
                                                                          5017 AD&D Insurance                  3.98-      14.59-
TAXES                                     AMOUNT            YTD           5020 Supplemental Life Ins           5.46-      20.02-
Federal       FED  Federal                                                Tax Exempt Total                   100.69-     507.57-
/401 TX Withholding Tax                   347.79         4,313.50
/403 TX EE Social Security Tax            132.38         1,485.86         POST-TAX ITEMS                       AMOUNT      YTD
/405 TX EE Medicare Tax                    30.96           347.50         2713 Meal Benefit                   15.00-     135.00-
Total Taxes                               511.13         6,146.86         5021 LTD Ins                         3.66-      32.94-
                                                                          Total After Tax Deduction           18.66-     167.94-

                                                                          BANK INFORMATION
                                                                          Bank Number       Account Number         Amount
                                                                          XXXXXXXXX         XXXXXXXX1882          1,600.27

                                                                          Vacation/Sick/Personal-Balances                Balance
                                                                                 Wage Type Description                     5.00
                                                                          1614 Vacation DAYS Bal. - Slry

Associate exclusive discounts are a click away - All you need is                  Descuentos exclusivos por asociados son un
your personnel number found at the top of this paystub.                           clic de distancia - Todo lo que necesita es
Visit: www.compassgroup.perkspot.com and start saving!                            su número de personal se encuentra en la
<http://www.compassgroup.perkspot.com>                                            parte superior de este comprobante de pago.
                                                                                  Visita: www.compassgroup.perkspot.com y
                                                                                  comience a ahorrar!
                                                                                  <http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.                        No llevar a cabo prácticas de negocios que
                                                                                  sean éticamente cuestionables.

If you have any questions about the Code of Business                              Si tiene alguna pregunta sobre el código de
Conduct speak to your manager or use "Speak Up" 866-654-6626.                     ética empresarial hable con su superior o
                                                                                  utilice el servicio "Speak Up" 866-654-6626.

                                                                                  Compass One, LLC
                                                                                  2400 Yorkmont Road
                                                                                  Charlotte,NC  28217
                                                                                  877-311-4747
```

```
Name.....: MR TIMOTHY ROGERS              Exemptions: FED 00 Single    Cost Center: 25586
Personnel #:01061740                      Exemptions:                   Pay type...: Regular payroll
Pay area..: XC XC Bi-weekly               Exemptions:                   Pay period.: 04/21/2017 - 05/04/2017
Legal Entity:T001                         Exemptions:                   Payroll for: 10/2017
                                          Exemptions:                   Payroll in.: 10/2017

Check date   Check number    Chk amount  =     Gross    -    Taxes    -   DEDS
05/12/2017   <Not assigned>    1,600.28       2,230.75      511.15       119.32
```

```
GROSS       JOB CODE   RATE   HOURS     AMOUNT        YTD          PRE-TAX ITEMS                    AMOUNT       YTD
/BT1 LfeTxVal                             5.15          51.50       3BC1 LTD Credit                    3.66-      59.04
1049 Bns UMIP                                        4,350.00       5010 Medical Ins                  81.00-     532.00-
7003 Reg Sal                           2,230.75     22,307.50       5011 Dental Ins                   13.01-      85.42-
Total Earnings                         2,230.75     26,683.60       5012 Vision Ins                    0.87-       5.80-
                                                                    5017 AD&D Insurance                3.98-      18.57-
TAXES                                     AMOUNT        YTD         5020 Supplemental Life Ins         5.46-      25.48-
Federal     FED Federal                                             Tax Exempt Total                 100.66-     608.23-
/401 TX Withholding Tax                  347.80      4,661.30
/403 TX EE Social Security Tax           132.39      1,618.25       POST-TAX ITEMS                   AMOUNT       YTD
/405 TX EE Medicare Tax                   30.96        378.46       2713 Meal Benefit                 15.00-     150.00-
Total Taxes                              511.15      6,658.01       5021 LTD Ins                       3.66-      36.60-
                                                                    Total After Tax Deduction         18.66-     186.60-

                                                                    BANK INFORMATION
                                                                    Bank Number          Account Number              Amount
                                                                    XXXXXXXXX            XXXXXXX1882                1,600.28

                                                                    Vacation/Sick/Personal-Balances                 Balance
                                                                    Wage Type Description - Slry                       5.83
                                                                    1614 Vacation DAYS Bal. - Slry
```

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.

If you have any questions about the Code of Business
Conduct speak to your manager or use "Speak Up" 866-654-6626.

Descuentos exclusivos por asociados son un
clic de distancia - Todo lo que necesita es
su número de personal que se encuentra en la
parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y
comience a ahorrar!
<http://www.compassgroup.perkspot.com>

No llevar a cabo prácticas de negocios que
sean éticamente cuestionables.

Si tiene alguna pregunta sobre el código de
ética empresarial hable con su superior o
utilice el servicio "Speak Up" 866-654-6626.

Compass One, LLC
2400 Yorkmont Road
Charlotte,NC  28217
877-311-4747

```
Name......: MR TIMOTHY ROGERS              Exemptions: FED  00 Single        Cost Center: 25586
Personnel #:01061740                        Exemptions:                       Pay type...: Regular payroll
Pay area...: XC  XC Bi-weekly               Exemptions:                       Pay period.: 05/05/2017 - 05/18/2017
Legal Entity:T001                           Exemptions:                       Payroll for: 11/2017
                                            Exemptions:                       Payroll in.: 11/2017
                                            Exemptions:

Check date   Check number      Chk amount  =    Gross      -    Taxes    -    DEDS
05/26/2017   <Not assigned>      1,621.58       2,230.75        521.46        87.71

GROSS         JOB CODE   RATE   HOURS      AMOUNT        YTD           PRE-TAX ITEMS                    AMOUNT       YTD
/BT1 LfeTxVal                               5.15          56.65        3BC1 LTD Credit                   3.66-        62.70-
1049 Bns UMIP                                             350.00       5010 Medical Ins                 54.00-       586.00-
7003 Reg Sal                              2,230.75     24,538.25       5011 Dental Ins                   8.69-        94.11-
Total Earnings                            2,230.75     28,914.35       5012 Vision Ins                   0.58-         6.38-
                                                                       5017 AD&D Insurance               3.98-        22.55-
TAXES                                      AMOUNT         YTD          5020 Supplemental Life Ins        5.46-        30.94-
Federal   FED  Federal                     355.70      5,017.00        Tax Exempt Total                 69.05-       677.28-
/401 TX Withholding Tax                    134.34      1,752.59
/403 TX EE Social Security Tax              31.42        409.88        POST-TAX ITEMS                   AMOUNT        YTD
/405 TX EE Medicare Tax                                                2713 Meal Benefit                15.00-       165.00-
Total Taxes                                521.46      7,179.47        5021 LTD Ins                     3.66-        40.26-
                                                                       Total After Tax Deduction       18.66-       205.26-

                                                                       BANK INFORMATION
                                                                       Bank Number        Account Number              Amount
                                                                       XXXXXXXXX          XXXXXXX1882               1,621.58

                                                                       Vacation/Sick/Personal-Balances
                                                                            Wage Type Description                   Balance
                                                                       1614 Vacation DAYS Bal. - Slry                  5.83


Associate exclusive discounts are a click away - All you need is         Descuentos exclusivos por asociados son un
your personnel number found at the top of this paystub.                  clic de distancia - Todo lo que necesita es
Visit: www.compassgroup.perkspot.com and start saving!                   su número de personal que se encuentra en la
<http://www.compassgroup.perkspot.com>                                   parte superior de este comprobante de pago.
                                                                         Visita: www.compassgroup.perkspot.com y
                                                                         comience a ahorrar!
                                                                              <http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.               No llevar a cabo prácticas de negocios que
                                                                         sean éticamente cuestionables.

If you have any questions about the Code of Business                     Si tiene alguna pregunta sobre el código de
Conduct speak to your manager or use "Speak Up" 866-654-6626.            ética empresarial hable con su superior o
                                                                         utilice el servicio "Speak Up" 866-654-6626.

                                                                         Compass One, LLC
                                                                         2400 Yorkmont Road
                                                                         Charlotte,NC 28217
                                                                         877-311-4747
```

```
Name......: MR TIMOTHY ROGERS            Exemptions: FED  00 Single      Cost Center: 25586
Personnel #:01061740                     Exemptions:                      Pay type..: Adjustment check
Pay area..: XC  XC Bi-weekly             Exemptions:                      Pay period: 06/02/2017 -
Legal Entity:T001                        Exemptions:                      Payroll for: 06/02/2017
                                         Exemptions:                      Payroll in.: 06/02/2017
                                         Exemptions:

Check date   Check number    Chk amount =  Gross   -  Taxes  -  DEDS
06/02/2017   <Not assigned>      248.12     300.00     42.44    9.44

GROSS         JOB CODE   RATE   HOURS        AMOUNT              YTD     PRE-TAX ITEMS                        AMOUNT         YTD
/BT1 LfeTxVal                                                  56.65     3BC1 LTD Credit                                    62.70
/552 RetroAdj                                300.00                      5010 Medical Ins                                  586.00-
1018 PartyPay                                                 300.00     5011 Dental Ins                                    94.11-
1049 Bns UMIP                                               4,350.00     5012 Vision Ins                                     6.38-
7003 Reg Sal                                               24,538.25     5017 AD&D Insurance                      3.98-     26.53-
Total Earnings                               300.00        29,214.35     5020 Supplemental Life Ins              5.46-     36.40-
                                                                         Tax Exempt Total                        9.44-    686.72-
TAXES
Federal          FED Federal                 AMOUNT              YTD     POST-TAX ITEMS                       AMOUNT         YTD
/401 TX Withholding Tax                       20.21         5,037.21     2713 Meal Benefit                               165.00-
/403 TX EE Social Security Tax                18.02         1,770.61     5021 LTD Ins                                     40.26-
/405 TX EE Medicare Tax                        4.21           414.09     Total After Tax Deduction                       205.26-
Total Taxes                                   42.44         7,221.91
                                                                         BANK INFORMATION                               Amount
                                                                         Bank Number          Account Number             248.12
                                                                         XXXXXXXXX            XXXXXXXX1882
```

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.

If you have any questions about the Code of Business
Conduct speak to your manager or use "Speak Up" 866-654-6626.

Descuentos exclusivos por asociados son un
clic de distancia - Todo lo que necesita es
su número de personal que se encuentra en la
parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y
comience a ahorrar!
<http://www.compassgroup.perkspot.com>

No llevar a cabo prácticas de negocios que
sean éticamente cuestionables.

Si tiene alguna pregunta sobre el Código de
ética empresarial hable con su superior o
utilice el servicio "Speak Up" 866-654-6626.

Compass One, LLC
2400 Yorkmont Road
Charlotte,NC 28217
877-311-4747

```
Name......: MR TIMOTHY ROGERS            Exemptions: FED 00 Single    Cost Center: 25586
Personnel #:01061740                     Exemptions:                  Pay type...: Regular payroll
Pay area..: XC  XC Bi-weekly             Exemptions:                  Pay period.: 05/19/2017 - 06/01/2017
Legal Entity:T001                        Exemptions:                  Payroll for: 12/2017
                                         Exemptions:                  Payroll in.: 12/2017
                                         Exemptions:

Check date   Check number   Chk amount  =    Gross      -    Taxes    -    DEDS
06/09/2017   <Not assigned>   1,621.58       2,230.75        521.46        87.71

GROSS        JOB CODE     RATE   HOURS    AMOUNT             YTD          PRE-TAX ITEMS                AMOUNT         YTD
/BT1 LfeTxVal                              5.15              61.80        3BC1 LTD Credit                3.66        66.36
1018 PartyPay                                               300.00        5010 Medical Ins              54.00-      640.00-
1049 Bns UMIP                                                             5011 Dental Ins                8.69-      102.80-
7003 Reg Sal                            2,230.75          4,350.00        5012 Vision Ins                0.58-        6.96-
Total Earnings                          2,230.75         26,769.00        5017 AD&D Insurance            3.98-       30.51-
                                                         31,445.10        5020 Supplemental Life Ins     5.46-       41.86-
                                                                          Tax Exempt Total              69.05-      755.77-
TAXES                                    AMOUNT             YTD
Federal   FED Federal                                                     POST-TAX ITEMS               AMOUNT         YTD
/401 TX Withholding Tax                   355.70          5,392.91        2713 Meal Benefit             15.00-      180.00-
/403 TX EE Social Security Tax            134.34          1,904.95        5021 LTD Ins                   3.66        43.92
/405 TX EE Medicare Tax                    31.42            445.51        Total After Tax Deduction     18.66-      223.92-
Total Taxes                               521.46          7,743.37

                                                                          BANK INFORMATION       Account Number        Amount
                                                                          Bank Number
                                                                          XXXXXXXX               XXXXXXXX1882         1,621.58

                                                                          Vacation/Sick/Personal-Balances             Balance
                                                                          Wage Type Description - Slry                  6.66
                                                                          1614 Vacation DAYS Bal. - Slry
```

Associate exclusive discounts are a click away - All you need is
your personnel number found at the top of this paystub.
Visit: www.compassgroup.perkspot.com and start saving!
<http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.

If you have any questions about the Code of Business
Conduct speak to your manager or use "Speak Up" 866-654-6626.

Descuentos exclusivos por asociados son un
clic de distancia - Todo lo que necesita es
su número de personal que se encuentra en la
parte superior de este comprobante de pago.
Visita: www.compassgroup.perkspot.com y
comience a ahorrar!
<http://www.compassgroup.perkspot.com>

No llevar a cabo prácticas de negocios que
sean éticamente cuestionables.

Si tiene alguna pregunta sobre el Código de
ética empresarial hable con su superior o
utilice el servicio "Speak Up" 866-654-6626.

Compass One, LLC
2400 Yorkmont Road
Charlotte,NC 28217
877-311-4747

```
Name....: MR TIMOTHY ROGERS              Exemptions: FED 00 Single    Cost Center: 25586
Personnel #:01061740                     Exemptions:                  Pay type...: Special payroll
Pay area..: XC  XC Bi-weekly             Exemptions:                  Pay period.: 06/08/2017 -
Legal Entity:T001                        Exemptions:                  Payroll for: 06/08/2017
                                         Exemptions:                  Payroll in.: 06/08/2017
                                         Exemptions:

Check date   Check number     Chk amount =      Gross     -      Taxes    -    DEDS
06/08/2017   <Not assigned>     2,880.53      4,276.96          1,396.43

GROSS        JOB CODE   RATE   HOURS         AMOUNT              YTD      PRE-TAX ITEMS                      AMOUNT              YTD
/BT1 LfeTxVal                                                    61.80    3BC1 LTD Credit                                        66.36
1018 PartyPay                                                   300.00    5010 Medical Ins                                      640.00-
1049 Bns UMIP                              4,276.96           8,626.96    5011 Dental Ins                                       102.80-
7003 Reg Sal                                                 26,769.00    5012 Vision Ins                                         6.96-
Total Earnings                             4,276.96          35,722.06    5017 AD&D Insurance                                    30.51-
                                                                          5020 Supplemental Life Ins                             41.86-
                                                                          Tax Exempt Total                                      755.77-

TAXES                                        AMOUNT              YTD      POST-TAX ITEMS                     AMOUNT              YTD
Federal      FED Federal                                                  2713 Meal Benefit                                     180.00-
/401 TX Withholding Tax                    1,069.24           6,462.15    5021 LTD Ins                                           43.92-
/403 TX EE Social Security Tax               265.17           2,170.12    Total After Tax Deduction                             223.92-
/405 TX EE Medicare Tax                       62.02             507.53
Total Taxes                                1,396.43           9,139.80
                                                                          BANK INFORMATION
                                                                          Bank Number         Account Number          Amount
                                                                          XXXXXXXXX           XXXXXXXX1882           2,880.53
```

Associate exclusive discounts are a click away - All you need is          Descuentos exclusivos por asociados son un
your personnel number found at the top of this paystub.                   clic de distancia - Todo lo que necesita es
Visit: www.compassgroup.perkspot.com and start saving!                    su número de personal que se encuentra en la
<http://www.compassgroup.perkspot.com>                                    parte superior de este comprobante de pago.
                                                                          Visita: www.compassgroup.perkspot.com y
                                                                          comience a ahorrar!
                                                                          <http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.                No llevar a cabo prácticas de negocios que
                                                                          sean éticamente cuestionables.

If you have any questions about the Code of Business                      Si tiene alguna pregunta sobre el Código de
Conduct speak to your manager or use "Speak Up" 866-654-6626.             ética empresarial hable con su superior o
                                                                          utilice el servicio "Speak Up" 866-654-6626.

                                                                          Compass One, LLC
                                                                          2400 Yorkmont Road
                                                                          Charlotte,NC 28217
                                                                          877-311-4747

```
Name......: MR TIMOTHY ROGERS              Exemptions: FED 00 Single        Cost Center: 25586
Personnel #:01061740                       Exemptions:                       Pay type...: Regular payroll
Pay area..: XC XC Bi-weekly                Exemptions:                       Pay period.: 06/02/2017 - 06/15/2017
Legal Entity:T001                          Exemptions:                       Payroll for: 13/2017
                                           Exemptions:                       Payroll in.: 13/2017
                                           Exemptions:

Check date    Check number    Chk amount =     Gross   -    Taxes  -   DEDS
06/23/2017    <Not assigned>    1,621.60     2,230.75      521.48      87.67

GROSS    JOB CODE    RATE   HOURS       AMOUNT              YTD         PRE-TAX ITEMS                   AMOUNT       YTD
/BT1 LfeTxVal                             5.15            66.95         3BC1 LTD Credit                    3.66-    70.02-
1018 PartyPay                                             300.00        5010 Medical Ins                  54.00-   694.00-
1049 Bns UMIP                                           8,626.96        5011 Dental Ins                    8.69-   111.49-
7003 Reg Sal                            2,230.75       28,999.75        5012 Vision Ins                    0.58-     7.54-
Total Earnings                          2,230.75       37,952.81        5017 AD&D Insurance                3.94-    34.45-
                                                                        5020 Supplemental Life Ins         5.46-    47.32-
TAXES                                                                   Tax Exempt Total                  69.01-   824.78-
Federal       FED  Federal              AMOUNT              YTD
/401 TX Withholding Tax                  355.71          6,817.86       POST-TAX ITEMS                  AMOUNT       YTD
/403 TX EE Social Security Tax           134.35          2,304.47       2713 Meal Benefit                 15.00-   195.00-
/405 TX EE Medicare Tax                   31.42            538.95       5021 LTD Ins                      3.66-    47.58-
Total Taxes                              521.48          9,661.28       Total After Tax Deduction        18.66-   242.58-

                                                                        BANK INFORMATION    Account Number              Amount
                                                                        Bank Number         XXXXXXX1882               1,621.60
                                                                        XXXXXXXXX

                                                                        Vacation/Sick/Personal-Balances              Balance
                                                                        Wage Type Description - Slry                    6.66
                                                                        1614 Vacation DAYS Bal. - Slry
```

Associate exclusive discounts are a click away - All you need is your personnel number found at the top of this paystub. Visit: www.compassgroup.perkspot.com and start saving! <http://www.compassgroup.perkspot.com>

Don't undertake ethically questionable business practices.

If you have any questions about the Code of Business Conduct speak to your manager or use "Speak Up" 866-654-6626.

Descuentos exclusivos por asociados son un clic de distancia - Todo lo que necesita es su número de personal que se encuentra en la parte superior de este comprobante de pago. Visita: www.compassgroup.perkspot.com y comience a ahorrar! <http://www.compassgroup.perkspot.com>

No llevar a cabo prácticas de negocios que sean éticamente cuestionables.

Si tiene alguna pregunta sobre el código de ética empresarial hable con su superior o utilice el servicio "Speak Up" 866-654-6626.

Compass One, LLC
2400 Yorkmont Road
Charlotte,NC  28217
877-311-4747